|          |                                                           |
|----------|-----------------------------------------------------------|
| DATE:    | January 15, 2014                                          |
| REPLY TO ATTN OF: | Jim Perdue, Deputy Chief U.S. Probation Officer  |
| SUBJECT: | **Request to Destroy Evidence**                           |
|          | Re.: Edward Burns II<br>Docket No.: 3:11-00022-01         |
| TO:      | The Honorable Todd J. Campbell, U.S. District Judge       |

U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee
# memorandum

On April 7, 2011, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|------|----------|------|
| 1720 | 3        | small packages of synthetic marijuana |
| 1721 | 2        | letters and rolling papers |
| 1722 | 33       | prescription pills |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable Todd J. Campbell
U.S. District Judge